FILED

AUG 2 9 2025

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF OKLAHOMA**

ANTHONY TRUPIA,

Plaintiff,

v.                                                    Case No. 5:25-cv-00621-HE

JOHN ROBERTS, et al.,

Defendants.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff Anthony Trupia, proceeding pro se, moves for leave to amend the complaint under Fed. R. Civ. P. 15(a)(2) to correct a good-faith error in naming the Oklahoma Bar Association President. The original complaint [Doc. 1] named Miles Pringle, but Ken Williams was sworn in as President on January 19, 2025 [www.okbar.org, 2024-12-27]. This amendment substitutes D. Kenyon "Ken" Williams as the class representative for state bar members, reflecting current leadership. The error arose from Plaintiff's diligent research efforts, all google searches at the time this suit was prepared returned Miles Pringle for OBA President. The amendment relates back under Rule 15(c)(1)(C), as Williams, via Pringle's motion [Doc. 11], knew or should have known of the action. No prejudice exists, as one of the defendants have not yet answered. Leave should be freely granted to ensure justice, per Haines v. Kerner, 404 U.S. 519, 520-21 (1972) (pro se leniency). The amended complaint is attached.

/s/ Anthony Trupia

Anthony Trupia

605 SE 21st St.

Oklahoma City, OK 73129

516-984-0142

Trupiaar@gmail.com

Pro Se

Date: August 26th, 2025