IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY TRUPIA, | ) |
| Plaintiff, | ) ) ) ) |
| -vs- | ) NO. CIV-25-0621-HE ) |
| JOHN ROBERTS, on behalf of himself and the Judges and Justices of the Federal Courts, et al., | ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the order entered this date, this case is dismissed in its entirety.

**IT IS SO ORDERED**.

Dated this 30th day of September, 2025.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE