IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANTHONY TRUPIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-25-0621-HE |
| | ) | |
| JOHN ROBERTS, on behalf of himself and the Judges and Justices of the Federal Courts, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

On September 30, 2025, the court dismissed this case in its entirety. [Doc. #17, Doc. #18]. Plaintiff has filed a notice of appeal. [Doc. #19]. He has also moved for leave to proceed on appeal without prepayment of costs or fees. [Doc. #20].

To proceed on appeal without prepayment of costs or fees, defendant "must show . . . the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal." DeBardeleben v. Quinlan, 937 F.2d 502, 505 (10th Cir. 1991). Defendant has failed to make the required showing.

Accordingly, the motion for leave to proceed on appeal without prepayment of costs or fees [Doc. #20] is **DENIED**.

**IT IS SO ORDERED**.

Dated this 29th day of October, 2025.

JOE HEATON
UNITED STATES DISTRICT JUDGE